Affadavit of
Russell Roubehler    (1.)

FILED IN CLERKS OFFICE
2025 MAY 14 PM 4:26

I swear the following is true under Pains of Perjury:
A device was placed on my right ear drum and orbit, which has been being used as a torture device sending in a audio signal coupled with a video signal on my frontal cortex. The device was used to steal, to stay ahead of everything I do. The device sends R.F signals known to the State of California as Cancer causing. Further the device is being used to enslave and prevent me from having a normal life. The defendants have used it to put my writings and likeness in entertainment, movies, and music.
They have sabataged my education to 5 universities by holding government finacic Aid money. The device is further used to manipulate Brain patterns sending in Sexual signals with the defendants on a live feed in what I have told to stop. Through manipulating nerves that the brain reads it cause an erection and I was forced to ejaculate. The device sends in everything I see to a screen which has been demonts: to me. The defendants have leased and boug properties around my house where they folle and use municple assets to monitor and harass me. The defendents on a 24 hour cycle constantly harrass me, as well as stop my phone, emails, and with search engine optimization send my searche

Affadavit (cont'd)

and attempts to get a lawyer to bites with a conflict of interest. Hold my phone calls and through using the device for in to my passwords email account and erase any commication with my business, school, anything that will benefit including attorneys. The defendants have filed false charges in the district court against me all which were dismissed and have used this device for the sampe of evidence and withheld at trial. The defendant's As Homeland Security and United States Air Force have walked into my dr's appointments placing Dr's with a conflict of interest in my appointments. The device can further effect Blood Pressure and other hormones and may function on a Bluetooth wavelength and is Dangerous to my health. At this time I have evidence that the defendants not being Attorneys Represented themselves as an Attorney and stood in at a hearing in Superior Court in Middlesex County, Massachusetts Further, a flawoured Physh doctor with I believe to be law Enforement Stood in As my Attorney and am requesting Audio tapes, The State of Massachusetts has used this device knowingly As recent as 3 months ago at the Middlesex Jail Billerica where an x-ray machine at the door see's it upon my Arrival. Further due to a conflict of interest with the city of Somerville

②

Affadavit (cont'd)

Police reports were never filed as a conflict of interest regarding my dogs eyes being cut out which is on video (Exhibit Including vandalism to my Boat harassing and the use of the section 12 system was used as retaliation to silence me, however everytime Doctors cleared me of any Psychiatric Illness. One time I had to file with the Plymouth County Court which 3 times I've had clerks refuse to file papers properly or at all. Due to the fact I'm the great grandson to F.D.R. a political agenda exists and a conflict of interest with Michele OBAMA who used this device to quote lyrics at the Democratic National Convention a conflict of interest exits with possible Judges and administrations and would like to make the court aware of. Further the device has been used for advertising to steal lyrics put in grammy winning songs, oscar winning movies for my likeness and it cannot get a fair trial with it. Further the M.B.T.A. is used constantly stopping there trains at Harvard on the Park St the State house and is used to allow the defendants to stay ahead, harass me as it reads thoughts. As the Police with several politicians and elite members of Hollywood and corporations are constantly using the device it violates my rights and was place has no known health reasons and was place without my knowledge, I would like it off

③

## Affadavit (cont'd) ④

the control of it be given to me, and a stay away on the defendants from touching any wifi or Bluetooth capable device's, computers or cellphones as I'm constantly experiencing cyber Bullying, what I do in my daily life is put on their websites with their content creators, my feeds, news stories, social media are all manipulated to harass, and Pyschologically enforce control as the defendents have further called me a "Slau!" to my face. I have concerns of these people being in Government or Informants in there work like using it there private life as well as multiple people all the way to elementary school in Lexington Massachusetts have approached me about it, and the device is glofied in music video's and I'm a student at Berklee School of Music where the Department of Education is now with holding my Pell Grant and Aid to get me to quit. I was also taken from Mass General Hospital and sent to Ft. Devens after a defendant known as Kim Kardashian with the Middlesex County Sheriffs officess. Officer Hallis showed up at my Doctors Appointment. I was held against my will and released the next day, and cleared. Further Homeland Security, and the Air Force in Uniform supervised me as well. Further they constantly harass, follow and use the device as described. I'm seeking to preserve rights as I'm being prevented from getting Attorney, and

EXHIBIT 1  IMG_2502.jpg  (Also on Video)



Affadavit

I Russell Rounbehler swear, I am Indigent, And have no Income.

5/14/25   _____
          Russell Rounbehler